727 A.2d 1113

COMMONWEALTH of Pennsylvania, Respondent,

v.

Edwin Warren HILL, Petitioner.

Supreme Court of Pennsylvania.

April 27, 1999.

Raymond D. Roberts, Asst. Public Defender, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 27th day of April, 1999, the petition for allowance of appeal is **granted limited** to the issue of whether the violation of Pa.R.Crim.P.Rule 1405 entitles Petitioner to a discharge. Furthermore, the order of the Superior Court as it pertains to the Rule 1405 issue is **vacated** and this matter is **remanded** to the trial court for an evidentiary hearing and argument concerning the defendant's right to relief for untimely sentencing. *See Commonwealth v. Anders,* 555 Pa. 467, 725 A.2d 170 (1999).